**PARUS HOLDINGS INC.,**
**Plaintiff-Appellant**

v.

**SALLIE MAE BANK, Navient Solutions Inc., PNC Bank, N.A., Suntrust Bank, Suntrust Mortgage Inc., Defendants-Appellees**

2016-1179
2016-1180
2016-1181

United States Court of Appeals, Federal Circuit.

February 27, 2017

FRANK V. PIETRANTONIO, Cooley LLP, Reston, VA, argued for plaintiff-appellant. Also represented by NATHAN K. CUMMINGS, JONATHAN GARWOOD GRAVES; LOUIS JAMES HOFFMAN, Hoffman Patent Firm, Scottsdale, AZ.

LIONEL M. LAVENUE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for all defendants-appellees. Defendants-appellees PNC Bank, N.A., Suntrust Bank, Suntrust Mortgage Inc. also represented by DANIEL CRAIG COOLEY; SHATON C. MENZIE, Atlanta, GA.

LUKE PEDERSEN, BAKER Botts, LLP, Washington, DC, for defendant-appellee Sallie Mae Bank.

JASON W. COOK, McGuireWoods LLP, Dallas, TX, for defendant-appellee Navient Solutions Inc. Also represented by BRIAN DAVID SCHMALZBACH, Richmond, VA.

(Newman, Mayer, and O'Malley, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**